UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| CORY ALLEN COLEMAN, SR. | ) ) ) | |
| v. | ) ) | Case No. CV408-145 |
| TRONOX, | ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On July 28, 2008, plaintiff filed an Application under Section 706(f) of the Civil Rights Act of 1964 and sought to proceed *in forma pauperis*. (Doc. 1.) The Court denied leave to proceed *in forma pauperis* on August 25, 2008 after finding that plaintiff had sufficient resources to prepay the complete filing fee. (Doc. 2.) The Court further ordered plaintiff to submit a formal complaint and the $350 filing fee by September 24, 2008, or risk dismissal of the case. (Id.) Plaintiff has submitted neither a formal complaint nor

the filing fee, indicating that he does not wish to pursue this case. Accordingly, this case should be **DISMISSED** without prejudice.

**SO REPORTED AND RECOMMENDED** this __8th__ day of December, 2008.

*/s/ G.R. Smitt*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA